**Opinion issued August 29, 2019**



In The

# Court of Appeals

For The

# First District of Texas

_____

**NO. 01-18-01120-CV**

_____

**GARY D. PENTECOST, Appellant**

**V.**

**U-HAUL CO. OF TEXAS, Appellee**

**On Appeal from the 11th District Court**
**Harris County, Texas**
**Trial Court Case No. 2017-74757**

## MEMORANDUM OPINION

Appellant, Gary D. Pentecost, has neither established indigence nor paid, or made arrangements to pay, the fee for preparing the clerk's record. *See* TEX. R. APP. P. 37.3(b). On March 8, 2019, appellant was notified that this appeal was subject to dismissal. *See* TEX. R. APP. P. 37.3(b), 42.3(b). Appellant did not respond.

Accordingly, we dismiss the appeal for want of prosecution. We dismiss any pending motions as moot.

## PER CURIAM

Panel consists of Justices Lloyd, Goodman, and Landau.